IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HECTOR ABRAHAM COTA HIGUERA,

   Petitioner,

v.                                                                            No. 22-cv-551-KWR-KRS
                                                                          No. 19-cr-3103-KWR

UNITED STATES OF AMERICA,

   Respondent.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Hector Abraham Cota Higuera's Motion to Vacate Convictions Under 28 U.S.C. § 2255 (CV Doc. 1) (Motion). Petitioner challenges his federal convictions based on, inter alia, ineffective assistance by counsel. Having reviewed the Motion pursuant to Habeas Corpus Rule 4, the Court determines the claims must be resolved on a full record. The Court will order the United States to respond to the Motion within 30 days of entry of this Order.

**IT IS ORDERED** that the Clerk's Office shall **FORWARD** to the United States Attorney's Office a copy of Petitioner's Motion (**CV Doc. 1**), along with a copy of this Order;

**IT IS FURTHER ORDERED** that the United States must **FILE** a habeas answer within thirty (30) days of entry of this Order; and Petitioner may file an optional reply within thirty (30) days of the filing of the response.

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE