IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| HECTOR ABRAHAM COTA HIGUERA, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | No. 22-CV-551-KWR-KRS |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO RESPOND TO PETITIONER'S MOTION UNDER 28 U.S.C. § 2255**

THIS MATTER having come before the Court on the United States' Motion for Extension of Time to Respond to Petitioner's Motion Under 28 U.S.C. § 2255, and the Court having considered the reasons set forth in that motion hereby FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the United States' response to Petitioner's Motion to Vacate Convictions Under 28 U.S.C. § 2255 (Doc. 1) is due on or before May 1, 2023.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE